IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRACIE HALBROOK, FORMER WIFE,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-5694

WILLIAM BENJAMIN DOUGLASS, FORMER HUSBAND,

Appellee.

_____/

Opinion filed May 11, 2017.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Robert A. Sandow, Lake City, for Appellant.

Leonard E. Ireland, Jr., Clayton-Johnston, P.A., Gainesville, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.

1